Maurice L. CUMBERLANDER,
Plaintiff–Appellant,

v.

KING GEORGE COUNTY CIRCUIT COURT, Municipality; Jennifer Pollard, Assistant Commonwealth Attorney for "Municipality"; Veronica Cromer, Court Appointed Public Defender for the Public Defender's Office; Matthew Britton, Commonwealth Attorney for the "Municipality"; Teresa Pagliaro, Court Ap-

pointed Attorney of the Pagliaro Law Firm; Jane Fletcher; Virginia State Bar Deputy Intake Counsel, Defendants–Appellees.

No. 14–7752.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Maurice L. Cumberlander, Appellant Pro Se.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice L. Cumberlander appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cumberlander v. King George Cnty. Circuit Court,* No. 1:14–cv–01278–CMH–JFA (E.D.Va. Nov. 12, 2014). We deny Cumberlander's motion for injunctive relief pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*